# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JANUARY 28, 2021

## NO. 03-19-00924-CV

**Wendi Mae Davidson, Appellant**

**v.**

**Judy Kay Davidson and Robert Lloyd Davidson, Appellees**

### APPEAL FROM THE 340TH DISTRICT COURT OF TOM GREEN COUNTY
### BEFORE CHIEF JUSTICE BYRNE, JUSTICES BAKER AND KELLY
### AFFIRMED -- OPINION BY CHIEF JUSTICE BYRNE

This is an appeal from the order signed by the trial court on December 23, 2019. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's order. Therefore, the Court affirms the trial court's order. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.